Micheal Ralston
TDCJ #1219556
Robertson Unit
12071 F.M. 3522
Abilene, Tx 79601

Febuary 26, 2015

58,642-06

MOTION DENIED
DATE: 3·4·15
BY: P.C.

Court of Crimal Appeals of texas
Clerk
P.O. Box 12308
Austin, Tx 78711

RE: WR-58,642-06, EX PARTE RALSTON

Dear Clerk of the Court,

Please find enclosed one original of this APPLICANT'S MOTION TO RECONSIDER
UNDER TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.01.
Please file this motion and present it before the court.

Thank you for your time in this matter.
Respectfully,

Micheal Ralston

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

CAUSE NO.: WR-58.642-06

EX PARTE                                    § IN The COURT OF CRIMINAL APPEALS
MICHEAL RALSTON                             § OF TEXAS
                                            §

APPLICANT'S MOTION TO RECONSIDER UNDER TEXAS CODE OF CRIMINAL
PROCEDURES, ARTICLE 11.01

COMES NOW, MICHEAL RALSTON, "Applicant" Pro-Se, and respectfully requests this Honorable Court grant this his APPLICANT'S MOTION TO RECONSIDER UNDER TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.01. In support of this request Applicant shows this Cour the following:

(1) This court used the ruling of **Ex Parte Harrington**, 310 S.W.3d 452 (Tex. crim. app., 2010) based on the case being challenged had been discharged. In the Harrington case the Court dismissed the case when it was used in a later conviction that was obtained after Harrington's release and rearrest. The Court ruled that it was a "Consequence of Release". In the case for Applicalnt, Applicant has never been released from state custody since the arrest on the challenged case. This means that the consequences of Release do not apply and thus making Applicant's case distinguishable from Harrington.

(2) The matters being challenged in Applicant's case have bearing not only on the case being challenged, but also the case Applicant is still in custody for. Applicant must challenge the legallity of his arrest in this case as this was the only arrest and the factors in this case effect the case being challenged as well as the case applicant is still being held for as it was a joint situation between both Brown County and Tarrant County.

Applicant now respectfully requests this Honorable Court take a moment and reconsider this case at hand as it is distinguishable from the ruling made previously.

PRAYER

Applicant prays that this Honorable Court grant this his APPLICANT'S MOTION FOR RECONSIDER UNDER TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.01.


Respectfully,


Micheal Ralston        Date